■ JOHN BURNS PROPERTY CORPORATION, Respondent, v FANTASY PARTY PEOPLE, LTD., Appellant, et al., Defendants. [735 NYS2d 426] —In an action, *inter alia*, to recover damages for breach of a commercial lease, the defendant Fantasy Party People, Ltd., appeals, as limited by its brief, from so much of a judgment of the Supreme Court, Nassau County (Martin, J.), entered July 19, 2000, as, after a nonjury trial, is in favor of the plaintiff and against it in the principal sum of $9,644.74, and dismissed its counterclaims.

Ordered that the judgment is affirmed insofar as appealed from, with costs.

Contrary to the appellant's contention, the Supreme Court's determination was supported by a fair interpretation of the evidence (*see, Voiclis v International Assn. of Machinist & Aerospace Workers,* 239 AD2d 339; *Corcoran v People's Ambulette Serv.,* 237 AD2d 402; *Nicastro v Park,* 113 AD2d 129).

The appellant's remaining contentions are without merit. Ritter, J. P., Smith, Adams and Cozier, JJ., concur.